PER CURIAM.
The appellant, Robert C. Kaplan, challenges the sufficiency of an application for a search warrant made by a private citizen. We affirm.
Kaplan contends that a private citizen has no authority to apply for a search warrant. There is no Florida statute or rule restricting private citizens from signing applications for search warrants. Indeed, the firsthand quality of the information sworn to by a private citizen may be superior to hearsay statements presently allowed under the law to support search warrant applications.[1] The same safeguards and other legal requirements for the issuance and service of search warrants apply regardless of who signs the application.[2] We have also examined the contents of the application and find them sufficient to support the issuance of the warrant.
AFFIRMED.
MAGER, C. J., and ALDERMAN and ANSTEAD, JJ., concur.

. State v. Crisp, 307 So.2d 454 (Fla. 4th DCA 1975); State v. Niles, 307 So.2d 455 (Fla. 4th DCA 1975).

. Sections 933.04 and 933.07, Florida Statutes (1975).